# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Latoya Leonardine Johnson,<br><br>  Petitioner,<br><br>v.<br><br>United States of America,<br><br>  Respondent. | No. CV-23-0054-PHX-DGC<br>    CR-17-1354-01-PHX-DGC<br><br>**ORDER** |

Pending before the Court is a third amended § 2255 motion (Doc. 11) filed by Petitioner Latoya Leonardine Johnson.  Respondent has filed a response (Doc. 16), and Petitioner has filed a reply. Doc. 18.  United States Magistrate Judge James F. Metcalf has issued a report and recommendation that the motion be dismissed with prejudice and that a certificate of appealability be denied (R&R).  Doc. 19.  No objection has been filed, which relieves the Court of its obligation to review the R&R.  *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); *see also Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

**IT IS ORDERED:**

1. The R&R (Doc.19) is accepted.
2. The 2225 motion (Doc. 11) is **denied** and **dismissed with prejudice**.
3. A certificate of appealability and leave to proceed in forma pauperis on appeal are denied.

/ / /

/ / /

4. The Clerk of Court is directed to enter judgment accordingly and terminate this action.

Dated this 28th day of November, 2023.

*David G. Campbell*
_____
David G. Campbell
Senior United States District Judge